1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  JULISSA COTA, individually and on        Case No. 3:20-cv-02007-GPC-AGS
    behalf of all others similarly situated,
11                                            Hon. Gonzalo P. Curiel
                            Plaintiff,
12                                            **ORDER GRANTING JOINT
                                              MOTION TO EXTEND TIME FOR
13            vs.                             DEFENDANT TO RESPOND TO
                                              COMPLAINT**
14  BUCCELLATI, INC., a New York
    corporation and DOES 1 to 10, inclusive, [S.D. Cal. Local Rule 12.1]
15
                            Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1        Based on the Parties' Joint Motion to Extend Time for Defendant Buccellati,

2    Inc. to Respond to Complaint, and good cause having been shown, the Court hereby

3    orders that Defendant's responsive pleading deadline is continued to March 17,

4    2021.

5

6    Dated:  February 18, 2021

7                                  Hon. Gonzalo P. Curiel

8                                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:20-cv-02007-GPC-AGS

1

[PROPOSED] ORDER GRANTING JOINT
MOTION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT