UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all other similarly situated,<br><br>                                      Plaintiff,<br><br>v.<br><br>BUCCELLATI, INC., a New York corporation and DOES 1 to 10, inclusive,<br><br>                                      Defendant. | Case No.: 20cv2007-GPC(AGS)<br><br>**ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING [Dkt. No. 12.]** |

The complaint in this case was filed on October 13, 2020. (Dkt. No. 1.) On November 17, 2020, the parties filed a joint motion for extension of time to file a responsive pleading because defense counsel had just been retained and needed time to evaluate, assess and investigate the allegations in the complaint. (Dkt. No. 4.) The joint motion also explained that there needed to be "discussions between counsel for the Parties relating to Plaintiff's allegations, which will be a time-consuming process as the investigation involves various highly technical aspects of the website at issue in this case." (*Id.*) The Court granted Defendant until December 17, 2020 to file a responsive pleading. (Dkt. No. 5.) On December 15, 2020, the parties filed a second motion for extension of time of sixty days, until February 15, 2021, to file a responsive pleading.

(Dkt. No. 6.) Again, the joint motion stated, "Defendant's counsel will need additional time to evaluate and assess Plaintiff's claims, including discussions between counsel for the Parties relating to Plaintiff's allegations, which will be a time-consuming process as the investigation involves various highly technical aspects of the website at issue in this case." (*Id.*) The joint motion also stated that "[t]he Parties also need time to explore potential informal resolution of this matter." (*Id.*) Due to these representations, the Court granted Defendant until February 15, 2021 to file a responsive pleading. (Dkt. No. 7.) On February 12, 2021, the parties filed a third joint motion seeking another 30 days until March 17, 2021 to file a responsive pleading. (Dkt. No. 8.) Again, the parties repeated the same reasons as in the prior two joint motions without providing any specific updates. (*Id.*) The Court granted Defendant until March 17, 2021 to file a responsive pleading. (Dkt. No. 9.) On March 17, 2021, the parties filed a fourth joint motion for extension of time to file a responsive pleading stating the same reasons as in the prior joint motions and providing no specific updates concerning potential resolution of this case. (Dkt. No. 10.) On March 18, 2021, the Court granted the joint motion but stated that this will be the last extension and set the responsive pleading deadline to April 1, 2021, not April 16, 2021 as the parties had sought. (Dkt. No. 11.) It appears that neither party read the Court's prior order. On April 16, 2021, the parties filed a fifth joint motion for extension of time stating the current responsive pleading deadline is April 16, 2021 and seeking another 30-day extension of time until May 17, 2021. (Dkt. No. 12.) For the fifth time, it repeats the same boiler plate language of the prior joint motions. The joint motion provides no reasons why the Court should not honor its prior ruling that no further extension would be granted. Moreover, the joint motion is late. Accordingly, the

/ / /

/ / /

/ / /

/ / /

1 | Court DENIES the parties' fifth joint motion for extension of time to file a responsive
2 | pleading.
3 |     IT IS SO ORDERED.
4 | Dated: April 20, 2021

Hon. Gonzalo P. Curiel
United States District Judge